Gary A. Nye, Esq. (Cal. Bar No. 126104) <gan@rpnalaw.com>
David R. Ginsburg, Esq. (Cal. Bar No. 210900) <drg@rpnalaw.com>
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Tel: (818) 992-9999; Fax: (818) 992-9991

Attorneys for Defendants/Counterclaimants

UNITED STATES DEPARTMENT OF JUSTICE
Kirk Manhardt
John Siemietkowski <John.Siemietkowski@usdoj.gov>
Frances M. McLaughlin <Frances.McLaughlin@usdoj.gov>
Commercial Litigation Branch, Civil Division
P.O. Box 875
Washington, D.C. 20044-0875
Tel: (202) 514-3368; Fax: (202) 514-9163

Attorneys for Plaintiff/Counter-Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.,<br><br>　　　　　Defendants. | Case Nos.　　C 11-5231 EMC<br>　　　　　　　C 11-5522 EMC<br>　　　　　　　C 11-4794 EMC<br><br>Assigned to the<br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER REMANDING BONDS TO DHS FOR RECONSIDERATION** |
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC. and AMERICAN SURETY COMPANY, INC.<br><br>　　　　　Counterclaimants,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>　　　　　Counterdefendants. | |

1  As set forth in the parties' January 7, 2016 Joint Case Management Statement (dkt. 275)
2  and as explained at the January 14, 2016 hearing in Case No. C 09-4029 EMC, the Department
3  of Homeland Security, Gonzales & Gonzales Bonds and Insurance Agency, Inc., and American
4  Surety Company, Inc. seek to resolve the bond breach determinations in Case Nos. C 11-5231
5  EMC, C 11-5522 EMC, and C 11-4794 in accordance with this Court's orders in Case No. C
6  09-4029 EMC.  For this reason, these matters are REMANDED for further consideration by the
7  agency.

DATED: 2/1/16 _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

ORDER REMANDING BONDS TO DHS                    CASE NOS.:  C 11-5231 EMC
                                                            C 11-5522 EMC
                                                            C 11-4794 EMC